People of the State of Illinois, Defendant in Error, v. James Johnson, Plaintiff in Error.

Gen. No. 49,594.

First District, Third Division.
September 4, 1964.

Jay Krens, of Chicago, for plaintiff in error; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Matthew J. Moran, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.